UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARIUS HOWARD,<br><br>       Plaintiff,<br><br>  -against-<br><br>CITY OF ROCHESTER,<br>JONATHAN LAUREANO,<br>COUNTY OF MONROE, and<br>DARREN PILATO,<br><br>       Defendants. | **NOTICE OF MOTION FOR AN UNSEALING ORDER**<br><br>Case No.: 23-cv-6561 (FPG) (MJP) |

  PLEASE TAKE NOTICE that upon the annexed Declaration of Clyde Rastetter, duly sworn to on September 30, 2024, the attachments thereto, and the Memorandum of Law filed herewith, and upon all the pleadings and proceedings heretofore had herein, Plaintiff hereby moves this Court, before the Honorable Mark W. Pedersen, for an order:

  (a) Unsealing the complete contents of the file related to Plaintiff Darius Howard's underlying criminal prosecution, *People v. Darius Howard*, Ind. No. 2016-154 (Sup Ct, Monroe County), for use solely in prosecuting or defending claims in this matter or the related matter of *Owens v. County of Monroe*, 21-cv-06445 (FPG) (MWP) (W.D.N.Y.) and pursuant to the existing protective orders in place in each case;

  (b) Directing that a complete copy of all records and papers related to *People v. Darius Howard*, Ind. No. 2016-154 and on file with any court, policy agency, prosecutor's office, or state or local agency be provided to counsel for Plaintiff and Defendants herein; and

(c) Granting any alternative or additional relief the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that that pursuant to Rule 7(a)(1) of the Local Rules of this Court, Plaintiff intends to file reply papers.

Dated: Brooklyn, New York
September 30, 2024

                Respectfully submitted,
                KOPKE CHRISTIANA & RASTETTER LLP

By: /s/Clyde Rastetter
Clyde Rastetter
199 Cook Street, Suite 308
Brooklyn, NY 11206
t: (917) 451-9525
e: clyde@kcrllp.com

ROTH & ROTH, LLP

By: /s/Elliot Shields
Elliot Shields
192 Lexington Ave., Suite 802
New York, NY 10016
t: (212) 425-1020
e: eshields@rothandrothlaw.com

*Attorneys for Plaintiff*