# EXHIBIT 1

## CONSENT AND AUTHORIZATION FOR RELEASE OF RECORDS SEALED BY LAW, INCLUDING RECORDS SEALED PURSUANT TO CPL § 160.50

I, Darius Howard, Date of Birth ▮▮▮ 1982, NYSID #09271353K, pursuant to CPL § 160.50[1][d], hereby authorize any and all governmental agencies, bodies and employees having custody of records relating to my arrest on September 21, 2015, and subsequent prosecution thereof under Indictment No. 2016-154, to release such records to my attorneys Kopke Christiana & Rastetter LLP. I specifically authorize the Rochester Police Department; Monroe County District Attorney's Office; New York State Supreme Court, Monroe County, Criminal Term; and Rochester City Criminal Court to disclose any and all records in their possession relating to the aforementioned arrest/prosecution and docket number to Kopke Christiana & Rastetter LLP or any authorized agent or employee thereof.

I further authorize the Rochester Police Department; Monroe County District Attorney's Office; New York State Supreme Court, Monroe County, Criminal Term; and Rochester City Criminal Court to disclose any and all other records relating to myself in their possession to Kopke Christiana & Rastetter LLP or any authorized agent or employee thereof.

I understand that until now the aforesaid records may have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above compromise all records and papers relating to my arrest on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPLR § 160.50.

A photocopy of this authorization shall have the same force and effect as the original.

_____
Darius Howard

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF MONROE     )

On the 14 day of March _____ in the year 2024 before me, the undersigned notary public, personally appeared Darius Howard, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their capacity, and that by their signature on the instrument, the individual executed the instrument

_____
NOTARY PUBLIC

KATHLEEN M SOCHIA
Registration #01SO6296409
Qualified in Monroe County
My Commission Expires
March 17, 2026

## DESIGNATION OF AGENT FOR ACCESS TO SEALED
## RECORDS PURSUANT TO NYCPL § 160.50[1][d]

I, Darius Howard, Date of Birth ███ 1982, NYSID #09271353K, pursuant to NYCPL § 160.50[1][d], hereby designate JOHN P. BRINGEWATT, Monroe County Attorney, or his authorized representative, as my agent to whom records related to the criminal action entitled *People of the State of New York v. Darius Howard*, Indictment No. 2016-154, in the Criminal Court of the City of Rochester and the Supreme Court, County of Monroe, State of New York, relating to my arrest on or about September 21, 2015, may be made available for use in the civil action *Howard v. City of Rochester et al.*, Docket No. 23-cv-6561 (FPG) (MJP), (W.D.N.Y.).

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

_____
Darius Howard

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF MONROE     )

On the 14 day of March in the year 2024 before me, the undersigned notary public, personally appeared Darius Howard, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their capacity, and that by their signature on the instrument, the individual executed the instrument.

_____
NOTARY PUBLIC

KATHLEEN M SOCHIA
Registration #01SO6298409
Qualified in Monroe County
My Commission Expires
March 17, 20__

## DESIGNATION OF AGENT FOR ACCESS TO SEALED
## RECORDS PURSUANT TO NYCPL § 160.50[1][d]

I, Darius Howard, Date of Birth ▮▮/1982, NYSID #09271353K, pursuant to NYCPL § 160.50[1][d], hereby designate PATRICK BEATH, Corporation Counsel of the City of Rochester, or his authorized representative, as my agent to whom records related to the criminal action entitled *People of the State of New York v. Darius Howard*, Indictment No. 2016-154, in the Criminal Court of the City of Rochester and the Supreme Court, County of Monroe, State of New York, relating to my arrest on or about September 21, 2015, may be made available for use in the civil action *Howard v. City of Rochester et al.*, Docket No. 23-cv-6561 (FPG) (MJP), (W.D.N.Y.).

I understand that until now the aforesaid records have been sealed pursuant to CPL § 160.50, which permits those records to be made available only (1) to persons designated by me, or (2) to certain other parties specifically designated in that statute.

I further understand that the person designated by me above as a person to whom the records may be made available is not bound by the statutory sealing requirements of CPL § 160.50.

The records to be made available to the person designated above comprise all records and papers relating to my arrest and prosecution in the criminal action identified herein on file with any court, police agency, prosecutor's office or state or local agency that were ordered to be sealed under the provisions of CPL § 160.50.

_____
Darius Howard

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF MONROE    )

On the 4 day of March in the year 2024 before me, the undersigned notary public, personally appeared Darius Howard, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that they executed the same in their capacity, and that by their signature on the instrument, the individual executed the instrument.

_____
NOTARY PUBLIC

KATHLEEN M SOCHIA
Registration #01SO6296409
Qualified in Monroe County
My Commission Expires
March 17, 20__