**Subject:** Re: Howard v. City of Rochester et al. - Motion for an unsealing order
**Date:** Monday, September 30, 2024 at 4:58:26 PM Eastern Daylight Time
**From:** Elliot Shields
**To:** Clark, Adam M, Clyde Rastetter, Noone, Chris, David Roth

That's obviously not sufficient without being ordered by the court, pursuant to the statute. And your email says you have possession of the records. We obviously need a conference to figure out what's going on, since all your answers are evasive and you wouldn't answer my very simple questions during our phone call.

Elliot Shields (he/him)
Sent from my iPhone
Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
T - 212-425-1020
F - 212-532-3801
eshields@rothandrothlaw.com

---

**From:** Clark, Adam M <AdamClark@monroecounty.gov>
**Sent:** Monday, September 30, 2024 4:56:11 PM
**To:** Elliot Shields <eshields@rothandrothlaw.com>; Clyde Rastetter <clyde@kcrllp.com>; Noone, Chris <Chris.Noone@CityofRochester.Gov>; David Roth <droth@rothandrothlaw.com>
**Subject:** RE: Howard v. City of Rochester et al. - Motion for an unsealing order

This message was sent securely using Zix®

Elliot, Clyde signed a stipulation to unsealing of all the records on August 14th. I can also confirm that no one has accessed the sealed records.

Adam

Adam M. Clark
County of Monroe, Department of Law
307 County Office Building, 39 West Main Street
Rochester, New York 14614
Phone: (585) 753-1374
Fax: (585) 324-4227
AdamClark@monroecounty.gov

**From:** Elliot Shields <eshields@rothandrothlaw.com>
**Sent:** Monday, September 30, 2024 4:38 PM
**To:** Clark, Adam M <AdamClark@monroecounty.gov>; Clyde Rastetter <clyde@kcrllp.com>; Noone, Chris <Chris.Noone@CityofRochester.Gov>; David Roth <droth@rothandrothlaw.com>
**Subject:** Re: Howard v. City of Rochester et al. - Motion for an unsealing order

CAUTION: This email originated from outside Monroe County systems. Exercise caution when

opening attachments or clicking links, especially from unknown senders.

~~~~~~~~~~~~~~~~~~~~

Adam,

This is to confirm our meet and confer phone call just now where you refused to answer whether you and the law department, or only the DA's office, already has possession of our client's sealed file from his criminal prosecution.

I asked you point blank if you had the file and you asked why it made a difference if you had the file, versus if only the DA had the file.

I explained that either way it's a violation of CPL 160.50 for you or the DA to have accessed the file, as it is sealed pursuant to CPL 160.50, and prior to today, we had not provided an unsealing authorization.

Further, the authorization we provided today only gives access to the underlying crimping prosecution in this case, and your emails from earlier today indicate that you have possession of other unrelated criminal prosecutions that are also sealed.

We are going to immediately bring up these serious violations of the sealing statute with the court.

Elliot

Elliot Shields (he/him)
Sent from my iPhone
Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
T - 212-425-1020
F - 212-532-3801
eshields@rothandrothlaw.com

---

**From:** Elliot Shields <eshields@rothandrothlaw.com>
**Sent:** Monday, September 30, 2024 3:30:49 PM
**To:** Clark, Adam M <AdamClark@monroecounty.gov>; Clyde Rastetter <clyde@kcrllp.com>; Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Subject:** Re: Howard v. City of Rochester et al. - Motion for an unsealing order

What? You are in possession of the underlying file in this case, and other files from other criminal prosecutions related to our client, and you're saying that's privileged?

Elliot Shields (he/him)
Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
T - 212-425-1020

F - 212-503-3248
eshields@rothandrothlaw.com

**Note:** In our modern world, work emails might be sent outside normal business hours. This does not require you to respond outside normal business hours.

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Roth & Roth LLP immediately at (212) 425-1020 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.

---

**From:** Clark, Adam M <AdamClark@monroecounty.gov>
**Date:** Monday, September 30, 2024 at 3:29 PM
**To:** Elliot Shields <eshields@rothandrothlaw.com>, Clyde Rastetter <clyde@kcrllp.com>, Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Subject:** RE: Howard v. City of Rochester et al. - Motion for an unsealing order

This message was sent securely using Zix®

I think that's privileged and not relevant to the question.

Adam M. Clark
County of Monroe, Department of Law
307 County Office Building, 39 West Main Street
Rochester, New York 14614
Phone: (585) 753-1374
Fax: (585) 324-4227
AdamClark@monroecounty.gov

**From:** Elliot Shields <eshields@rothandrothlaw.com>
**Sent:** Monday, September 30, 2024 2:58 PM
**To:** Clark, Adam M <AdamClark@monroecounty.gov>; Clyde Rastetter <clyde@kcrllp.com>; Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Subject:** Re: Howard v. City of Rochester et al. - Motion for an unsealing order

CAUTION: This email originated from outside Monroe County systems. Exercise caution when opening attachments or clicking links, especially from unknown senders.

~~~~~~~~~~~~~~~~~~~~

Thanks Adam.

Just so I can make sure we are accurate in what we tell the Court, the County already has possession of the files related to this incident? And you also have possession of his other files?

Can you just please clarify so that we can accurately write a letter about what might be moot and what might not be moot?

Thanks,

Elliot Shields (he/him)
Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
T - 212-425-1020
F - 212-503-3248
eshields@rothandrothlaw.com

**Note:** In our modern world, work emails might be sent outside normal business hours. This does not require you to respond outside normal business hours.

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Roth & Roth LLP immediately at (212) 425-1020 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.

---

**From:** Clark, Adam M <AdamClark@monroecounty.gov>
**Date:** Monday, September 30, 2024 at 2:55 PM
**To:** Elliot Shields <eshields@rothandrothlaw.com>, Clyde Rastetter <clyde@kcrllp.com>, Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Subject:** RE: Howard v. City of Rochester et al. - Motion for an unsealing order

This message was sent securely using Zix®

If you want to tell the Court that you think the matter is moot and we don't need a motion, go ahead. But based on the Court's text order from 9/3 the County Defendants are not releasing anything until the Court says it's ok. The County Defendants are also not agreeing to release anything unless the Plaintiff gives an authorization for his entire record (unless the Court orders otherwise).

Adam

Adam M. Clark
County of Monroe, Department of Law
307 County Office Building, 39 West Main Street

Rochester, New York 14614
Phone: (585) 753-1374
Fax: (585) 324-4227
AdamClark@monroecounty.gov

**From:** Elliot Shields <eshields@rothandrothlaw.com>
**Sent:** Monday, September 30, 2024 2:44 PM
**To:** Clark, Adam M <AdamClark@monroecounty.gov>; Clyde Rastetter <clyde@kcrllp.com>; Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Subject:** Re: Howard v. City of Rochester et al. - Motion for an unsealing order

CAUTION: This email originated from outside Monroe County systems. Exercise caution when opening attachments or clicking links, especially from unknown senders.

~~~~~~~~~~~~~~~~~~~

Adam,

For now, all that the plaintiff wants is the files related to this particular case. Do you have those files in your possession already? If yes, Clyde sent you the 160.50 authorization, and so you should now just send us the file, and we can simply inform the Court that we don't need to make a motion because the issue is moot.

Thanks,

Elliot Shields (he/him)
Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
T - 212-425-1020
F - 212-503-3248
eshields@rothandrothlaw.com

**Note:** In our modern world, work emails might be sent outside normal business hours. This does not require you to respond outside normal business hours.

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Roth & Roth LLP immediately at (212) 425-1020 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.

**From:** Elliot Shields <eshields@rothandrothlaw.com>
**Date:** Monday, September 30, 2024 at 2:36 PM
**To:** Clark, Adam M <AdamClark@monroecounty.gov>, Clyde Rastetter <clyde@kcrllp.com>, Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Subject:** Re: Howard v. City of Rochester et al. - Motion for an unsealing order

Adam, a stipulation requires Court involvement; we have authorizations from the client, and if you already have the documetns in your possession, you should be able to release them to us based simply on us providing the authorizaiton.

Elliot Shields (he/him)
Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
T - 212-425-1020
F - 212-503-3248
eshields@rothandrothlaw.com

**Note:** In our modern world, work emails might be sent outside normal business hours. This does not require you to respond outside normal business hours.

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Roth & Roth LLP immediately at (212) 425-1020 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.

---

**From:** Clark, Adam M <AdamClark@monroecounty.gov>
**Date:** Monday, September 30, 2024 at 2:34 PM
**To:** Elliot Shields <eshields@rothandrothlaw.com>, Clyde Rastetter <clyde@kcrllp.com>, Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Subject:** RE: Howard v. City of Rochester et al. - Motion for an unsealing order

> This message was sent securely using Zix®

I did propose we move forward based on a stipulation, but you chose to go a different direction, and now the Court said we need to do a motion. If you want to clarify with the Court that the parties believe they can move forward based on an authorization and stipulation that's fine with me, but the authorization should be for all the files, not just this one.

Adam

Adam M. Clark

County of Monroe, Department of Law
307 County Office Building, 39 West Main Street
Rochester, New York 14614
Phone: (585) 753-1374
Fax: (585) 324-4227
[AdamClark@monroecounty.gov](AdamClark@monroecounty.gov)

**From:** Elliot Shields <eshields@rothandrothlaw.com>
**Sent:** Monday, September 30, 2024 2:18 PM
**To:** Clark, Adam M <AdamClark@monroecounty.gov>; Clyde Rastetter <clyde@kcrllp.com>; Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Subject:** Re: Howard v. City of Rochester et al. - Motion for an unsealing order

CAUTION: This email originated from outside Monroe County systems. Exercise caution when opening attachments or clicking links, especially from unknown senders.

~~~~~~~~~~~~~~~~~~~

Adam,

I'm confused. When you say you have the files, you mean, the County has them in their possession already?

If that's the case, you should be able to produce them pursuant to a Rule 160.50 authorization and we shouldn't need to make a motion.

Please clarfily.

Thanks,

Elliot Shields (he/him)
Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY 10016
T - 212-425-1020
F - 212-503-3248
eshields@rothandrothlaw.com

**Note:** In our modern world, work emails might be sent outside normal business hours. This does not require you to respond outside normal business hours.

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Roth & Roth LLP immediately

at (212) 425-1020 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.

---

**From:** Clark, Adam M <AdamClark@monroecounty.gov>
**Date:** Monday, September 30, 2024 at 2:16 PM
**To:** Clyde Rastetter <clyde@kcrllp.com>, Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Cc:** Elliot Shields <eshields@rothandrothlaw.com>
**Subject:** RE: Howard v. City of Rochester et al. - Motion for an unsealing order

This message was sent securely using Zix®

Hi Clyde,

The discovery requests are for the DA's entire files on the Plaintiff. We have other files other than for this particular arrest, some of which are also sealed. The motion should be to unseal his entire file, so that we can produce everything.

Regards,

Adam

Adam M. Clark
County of Monroe, Department of Law
307 County Office Building, 39 West Main Street
Rochester, New York 14614
Phone: (585) 753-1374
Fax: (585) 324-4227
AdamClark@monroecounty.gov

**From:** Clyde Rastetter <clyde@kcrllp.com>
**Sent:** Monday, September 30, 2024 1:13 PM
**To:** Noone, Chris <Chris.Noone@CityofRochester.Gov>; Clark, Adam M <AdamClark@monroecounty.gov>
**Cc:** Elliot Dolby Shields (Work) <eshields@rothandrothlaw.com>
**Subject:** RE: Howard v. City of Rochester et al. - Motion for an unsealing order

CAUTION: This email originated from outside Monroe County systems. Exercise caution when opening attachments or clicking links, especially from unknown senders.

~~~~~~~~~~~~~~~~~~~

Hi all,

For your review, here are our draft motion papers for the unsealing request.

Best,
--
**Clyde Rastetter**
Kopke Christiana & Rastetter LLP
199 Cook Street, Suite 308
Brooklyn, NY 11206
t: (917) 451-9525
f: (347) 315-9815

---

**From:** Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Sent:** Friday, September 27, 2024 2:33 PM
**To:** Clyde Rastetter <clyde@kcrllp.com>; Adam Clark (Work) <adamclark@monroecounty.gov>
**Cc:** Elliot Dolby Shields (Work) <eshields@rothandrothlaw.com>
**Subject:** RE: Howard v. City of Rochester et al. - Motion for an unsealing order

Okay.

---

**From:** Clyde Rastetter <clyde@kcrllp.com>
**Sent:** Friday, September 27, 2024 1:58 PM
**To:** Adam Clark (Work) <adamclark@monroecounty.gov>; Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Cc:** Elliot Dolby Shields (Work) <eshields@rothandrothlaw.com>
**Subject:** Howard v. City of Rochester et al. - Motion for an unsealing order

> Warning: This email originated from an external source. Please do not open attachments, click on links, or provide your username or password if the source is suspicious.

Hi Adam and Chris,

Pursuant to Judge Pedersen's direction, we're working on a formal motion seeking the unsealing of documents related to Mr. Howard's criminal case for filing on Monday. In reviewing the docket entry of Judge Pedersen's order, it looks like he would like the motion to be a joint motion, so we'll plan to share a draft with you on Monday morning for your review, and then we can go from there.

Best,
--
**Clyde Rastetter**
Kopke Christiana & Rastetter LLP
199 Cook Street, Suite 308
Brooklyn, NY 11206
t: (917) 451-9525
f: (347) 315-9815

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please

contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

This message was secured by **Zix**®.

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

This message was secured by **Zix**®.

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

This message was secured by **Zix**®.

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

This message was secured by **Zix**®.

-- Confidentiality Notice -- This email message, including all the attachments, is for the sole use of the intended recipient(s) and contains confidential information. Unauthorized use or disclosure is prohibited. If you are not the intended recipient, you may not use, disclose, copy or disseminate this information. If you are not the intended recipient, please

contact the sender immediately by reply email and destroy all copies of the original message, including attachments.

This message was secured by **Zix**®.