

# Department of Law
*Monroe County, New York*

**Adam J. Bello**
*County Executive*

**John P. Bringewatt**
*County Attorney*

Tuesday, October 8, 2024

*By ECF*
Hon. Mark W. Pedersen
United States Magistrate Judge
2120 U.S. Courthouse
100 State Street
Rochester, New York 14614

Re:   *Howard v. City of Rochester, et al.,* Case No. 23-cv-6561

Dear Judge Pedersen:

   Upon review, the County has decided that to not oppose and to join in Plaintiff's motion to unseal the file in "*People v. Darius Howard*, Ind. No. 2016-154", ECF No. 28. We still plan to oppose Plaintiff's other motion, ECF No. 29.

   In the attached email exchange I was hoping to resolve both motions by agreeing to release only the files Plaintiff sought, but Plaintiff's attorney did not agree to that. However, on review, we have still decided not to oppose the unsealing motion. Any other files that need to be disclosed or unsealed we will review separately with Plaintiff's Attorneys, and if we can't reach an agreement, we will bring separate motions regarding those files at a later time, in the event it is necessary.

   In the attached email exchange Plaintiff's attorney argues that the motion is moot. We disagree with that, and believe that an order is necessary in order to unseal the file in question. I point this out because it seems there is some chance Plaintiff's attorneys may disagree with our joining the motion.

   Thank you for your time and attention in this matter,

                                                            Respectfully,

                                                            /s/ *Adam M. Clark*

                                                            Adam M. Clark
                                                            Deputy County Attorney
                                                            Tel. (585) 753-1374
                                                            adamclark@monroecounty.gov

Ms. Brenda Speer
April 6, 2020
Page 2


cc: All counsel of record, *by ECF*

# Clark, Adam M

| | |
|---|---|
| **From:** | Elliot Shields <eshields@rothandrothlaw.com> |
| **Sent:** | Friday, October 4, 2024 10:23 AM |
| **To:** | Noone, Chris; Clark, Adam M; Clyde Rastetter |
| **Subject:** | Re: Motion for Unsealing of Records in Howard/City of Rochester et al. - 23-cv-6561 |

CAUTION: This email originated from outside Monroe County systems. Exercise caution when opening attachments or clicking links, especially from unknown senders.

~~~~~~~~~~~~~~~~~~

Adam,

You already have the 160.50 authorizations from our client, so the motion should be moot. Please produce the records to us and inform the Court that the motion is now moot.

Separately, we are unwilling to withdraw the request for a conference. While there is no pending motion for sanctions, we requested the conference to fully understand how your office came into possession of our client's sealed records without an authorization or court order.

Best regards,


Elliot Shields (he/him)
Roth & Roth, LLP
192 Lexington Avenue, Suite 802
New York, NY  10016
T - 212-425-1020
F - 212-503-3248
eshields@rothandrothlaw.com

**Note:**  In our modern world, work emails might be sent outside normal business hours. This does not require you to respond outside normal business hours.

The information in this transmittal may be legally privileged, confidential, and/or otherwise protected by law from disclosure, and is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Roth & Roth LLP immediately at (212) 425-1020 or by return e-mail and take the steps necessary to delete it completely from your computer system. Thank you.

---

**From:** Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Date:** Friday, October 4, 2024 at 10:11 AM
**To:** 'Clark, Adam M' <AdamClark@monroecounty.gov>, Elliot Shields <eshields@rothandrothlaw.com>, Clyde Rastetter <clyde@kcrllp.com>
**Subject:** RE: Motion for Unsealing of Records in Howard/City of Rochester et al. - 23-cv-6561

Agreed.

1

**From:** Clark, Adam M <AdamClark@monroecounty.gov>
**Sent:** Friday, October 4, 2024 10:11 AM
**To:** Elliot Shields <eshields@rothandrothlaw.com>; Clyde Rastetter <clyde@kcrllp.com>; Noone, Chris <Chris.Noone@CityofRochester.Gov>
**Subject:** RE: Motion for Unsealing of Records in Howard/City of Rochester et al. - 23-cv-6561

This message was sent securely using Zix®

Warning: This email originated from an external source. Please do not open attachments, click on links, or provide your username or password if the source is suspicious.

Elliot,

In an effort to resolve this dispute, if you can withdraw the motion for sanctions, and confirm that the discovery demand for all of Plaintiff's records with the MCDA is withdrawn, I can agree to join the Plaintiff's motion to unseal only the file authorized, related to Plaintiff's "arrest on September 21, 2015, and subsequent prosecution thereof under Indictment No. 2016-154". All the parties can work together to resolve disputes or bring motions about any other files in the future, to the extent necessary.

Adam

Adam M. Clark
County of Monroe, Department of Law
307 County Office Building, 39 West Main Street
Rochester, New York 14614
Phone: (585) 753-1374
Fax: (585) 324-4227
AdamClark@monroecounty.gov

**From:** Elliot Shields <eshields@rothandrothlaw.com>
**Sent:** Wednesday, October 2, 2024 6:08 PM
**To:** Clark, Adam M <AdamClark@monroecounty.gov>; Harrison Hartsough <Harrison_Hartsough@nywd.uscourts.gov>; Clyde Rastetter <clyde@kcrllp.com>; noonec@cityofrochester.gov
**Subject:** Re: Motion for Unsealing of Records in Howard/City of Rochester et al. - 23-cv-6561


CAUTION: This email originated from outside Monroe County systems. Exercise caution when opening attachments or clicking links, especially from unknown senders.


~~~~~~~~~~~~~~~~~~~~