UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARIUS HOWARD,<br><br>　　　　　　　　*Plaintiff,*<br><br>v.<br><br>CITY OF ROCHESTER,<br>JONATHAN LAUREANO,<br>COUNTY OF MONROE, and<br>DARREN PILATO,<br><br>　　　　　　　　*Defendants.* | Case No. 23-cv-6561(FPG)(MJP)<br><br>**ATTORNEY DECLARATION** |

Maria E. Rodi, a duly licensed attorney, declares and affirms as true and correct under penalty of perjury pursuant to 28 USC §1746 as follows:

1. I appear in an of counsel capacity to the Monroe County Attorney who is the attorney of record for Defendants County of Monroe and Darren Pilato.

2. **Exhibit A** annexed hereto is a copy of an email sent to Plaintiff's counsel, Clyde Rastetter, Esq., and copied to Plaintiff's additional counsel, Elliot Dolby Shields, Esq. and counsel for defendants City of Rochester and Jonathan Laureano, Chris Noone, Esq.

3. This email was provided along with production of the contents of Plaintiff's criminal file in Monroe County's possession, except for grand jury materials and the pre-sentence investigation ("PSI") materials.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 6, 2025

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Maria E. Rodi*
　　　　　　　　　　　　　　　　　　　　　　　Maria E. Rodi