# Activities Export

02/21/2025
9:24 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| 01/24/2025 | 🕐 | ES reviewed order and spoke with Clyde regarding the order and the fee application: Activity in Case 6:23-cv-06561-FPG-MJP Howard v. City of Rochester et al Order on Motion to Compel<br>🔵 Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 1.50h | $675.00 | - | $1,012.50 |
| 01/13/2025 | 🕐 | Draft motion: ES reviewed and edited CMR's draft of the reply memorandum: 2025-01-13-Grand Jury MTC Reply v3 - es.docx<br>🔵 Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 0.50h | $675.00 | - | $337.50 |
| 01/10/2025 | 🕐 | Draft motion: ES drafted first draft of reply and sent to CMR for review: 2025 1 10 Reply GJ and PSI (Howard).docx<br>🔵 Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 1.30h | $675.00 | - | $877.50 |
| 01/07/2025 | 🕐 | Co-Counsel Meeting: Call with CMR about the County's opposition and drafting the reply brief<br>🔵 Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 0.30h | $675.00 | - | $202.50 |
| 01/06/2025 | 🕐 | Review of document: ES reviewed and took notes on defendants' opposition memorandum: 48 DEF mol opp sanctions.pdf<br>🔵 Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 0.80h | $675.00 | - | $540.00 |
| 12/23/2024 | 🕐 | Draft motion: ES drafted Document: 2024 12 23 NOM compel sanctions (howard).docx | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 0.20h | $675.00 | - | $135.00 |
| | | | | | **12.10h**<br>0.00h | | **$0.00** | **$8,167.50**<br>12.10h |

# Activities Export

02/21/2025
9:24 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | Unbilled | | | | | | |
| 12/23/2024 | 🕐 | ES drafted Document: 2024 12 23 Decl in support of Mot to Compel and for sanctions.docx<br>Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 0.50h | $675.00 | - | $337.50 |
| 12/23/2024 | 🕐 | Draft motion: ES incorporated CMR edits to the motion and finalized for filing: 2024 12 23 Compel Sanctions v4 (howard) CMR edits.docx<br>Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 0.70h | $675.00 | - | $472.50 |
| 12/22/2024 | 🕐 | Draft motion: ES edited entire document and formatted properly, completing first draft, then sent to CMR for review: 2024 12 22 Compel Sanctions v3 (howard).docx<br>Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 1.50h | $675.00 | - | $1,012.50 |
| 12/22/2024 | 🕐 | Draft motion: ES edited and redrafted argument section: 2024 12 22 Compel Sanctions v2 (howard).docx<br>Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 1.30h | $675.00 | - | $877.50 |
| 12/21/2024 | 🕐 | Legal Research: ES reviewed case for motion: New York State Nat Organization for Women v Terry.doc<br>Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 0.20h | $675.00 | - | $135.00 |
| 12/21/2024 | 🕐 | Legal Research: ES reviewed case | 00156-Howard | Elliot Dolby- | 0.20h | $675.00 | - | $135.00 |
| | | | | | **12.10h**<br>0.00h | | **$0.00** | **$8,167.50**<br>12.10h |

# Activities Export

02/21/2025
9:24 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | for motion: Grief v Nassau County.doc<br>● Unbilled | Wrongful conviction | Shields | | | | |
| 12/21/2024 | 🕒 | Legal Research: ES reviewed case for motion: Bethea v City of New York.doc<br>● Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 0.20h | $675.00 | - | $135.00 |
| 12/20/2024 | 🕒 | Draft motion: ES edited preliminary statement and factual background: 2024 12 20 Compel Sanctions v2 (howard).docx<br>● Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 0.60h | $675.00 | - | $405.00 |
| 12/20/2024 | 🕒 | Draft motion: ES outlined and began drafting memorandum: 2024 12 20 Compel Sanctions v1 (howard).docx<br>● Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 1.20h | $675.00 | - | $810.00 |
| 12/20/2024 | 🕒 | ES drafted and filed letter requesting conference re GJ and PSI: Activity in Case 6:23-cv-06561-FPG-MJP Howard v. City of Rochester et al Motion for Discovery<br>● Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 0.30h | $675.00 | - | $202.50 |
| 12/20/2024 | 🕒 | After discussing with Clyde, ES drafted email to AC re refusal to produce GJ and PSI: Re: Howard v. City of Rochester et al., No. 23-cv-6561 - Depo noticing & unsealing order | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 0.10h | $675.00 | - | $67.50 |
| | | | | | **12.10h**<br>0.00h | | **$0.00** | **$8,167.50**<br>12.10h |

# Activities Export

02/21/2025
9:24 PM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Non-billable ($) | Billable ($) |
|---|---|---|---|---|---|---|---|---|
| | | 🔵 Unbilled | | | | | | |
| 12/20/2024 | 🕐 | ES reviewed email from AC not producing GJ and PSI, and called Clyde to discuss: RE: Howard v. City of Rochester et al., No. 23-cv-6561 - Depo noticing & unsealing order<br>🔵 Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 0.60h | $675.00 | - | $405.00 |
| 12/20/2024 | 🕐 | ES reviewed order saying to make motion: Activity in Case 6:23-cv-06561-FPG-MJP Howard v. City of Rochester et al Order on Motion for Discovery<br>🔵 Unbilled | 00156-Howard Wrongful conviction | Elliot Dolby-Shields | 0.10h | $675.00 | - | $67.50 |
| | | | | | **12.10h**<br>0.00h | | **$0.00** | **$8,167.50**<br>12.10h |